UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRANDELL CHARLESTON,

                 Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing of Defendant Brandell Charleston will take place on **February 4, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Any sentencing submissions on behalf of the Defendant are due by **January 14, 2022**. The Government's sentencing submission is due by **January 21, 2022.**

Dated: New York, New York
       December 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge