UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRANDELL CHARLESTON,

              Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On August 15, 2022, this Court adjourned the sentencing of Defendant Brandell Charleston for six months, to February 15, 2023, to provide her with the opportunity to demonstrate that she can be a law-abiding and productive member of society.

        Accordingly, by **February 10, 2023**, the Defendant will submit a letter explaining the extent to which she has made progress towards that goal since August 15, 2022, and detailing any other relevant developments which occurred during that time. If the Government wishes to make a submission in response, it will do so by **February 13, 2023**.

Dated: New York, New York
       February 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge