DocuSign Envelope ID: A1D...

Case 1:21-cr-00145-PGG  Document 101  Filed 02/03/23  Page 1 of 4
Case 1:21-cr-00145-PGG  Document 99-4  Filed 12/07/21  Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
UNITED STATES OF AMERICA
:
        - v. -                               CONSENT PRELIMINARY ORDER
                                      OF FORFEITURE/
BRANDELL CHARLESTON,           :   MONEY JUDGMENT
:
        Defendant.                     21 Cr. 145 (PGG)
:
------------------------------------ x

        WHEREAS, on or about March 3, 2021, BRANDELL CHARLESTON (the "Defendant"), among others, was charged in a two-count Indictment, 21 Cr. 145 (PGG) (the "Indictment"), with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Two);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(a), of any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

        WHEREAS, on or about _October 6, 2021_, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(A) a sum of money

equal to $56,060.76 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $56,060.76 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Kevin Mead of counsel, and the Defendant, and his counsel, Mehdi Essmidi, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $56,060.76 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, BRANDELL CHARLESTON, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New

DocuSign Envelope ID: A1D...
Case 1:21-cr-00145-PGG   Document 191   Filed 02/03/23   Page 3 of 4
Case 1:21-cr-00145-PGG   Document 99-4   Filed 12/07/21   Page 3 of 4

York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

DocuSign Envelope ID: A1D...
Case 1:21-cr-00145-PGG   Document 191   Filed 02/03/23   Page 4 of 4
Case 1:21-cr-00145-PGG   Document 99-4   Filed 12/07/21   Page 4 of 4

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ Kevin Mead                              9/2/2021
    Kevin Mead                                  DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-0622


BRANDELL CHARLESTON

By: *Brandell Charleston*                       12/7/2021
    Brandell Charleston                         DATE


By: *Mehdi Essmidi*                             12/7/2021
    Mehdi Essmidi, Esq.                         DATE
    Attorney for Defendant
    Greco Neyland, P.C.
    521 5th Avenue
    Suite 1722
    New York, NY 10017

SO ORDERED:

_____                 Feb. 3, 2023
HONORABLE PAUL A. GARDEPHE                      DATE
UNITED STATES DISTRICT JUDGE